UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABDUKODIR NURMAKHAMATOV,

              Plaintiff,

- against -

CHEX SYSTEMS INC., ET AL.,

              Defendants.

---

24-cv-6706 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by November 21, 2024.

SO ORDERED.

Dated:    New York, New York
            November 7, 2024

                                      John G. Koeltl
                              United States District Judge