# McGuireWoods

**McGuireWoods LLP**
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

**Shan P. Massand**
Direct: 212.548.2172
smassand@mcguirewoods.com

May 19, 2025

**Via ECF**

Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

```
Application Granted. SO ORDERED.

Dated:   May 20, 2025              /s/ John G. Koeltl
         New York, New York        John G. Koeltl, U.S.D.J.
```

Re:   *Abdukodir Nurmakhamatov v. Chex Systems Inc. et al.*
      **Case No. 1:24-cv-06706-JGK**

Dear Judge Koeltl:

This firm represents Defendant Chex Systems Inc. ("CHEX") in the above-referenced action. We write jointly with Plaintiff's Counsel("Plaintiff") to respectfully request an extension of all remaining deadlines entered in the Amended Civil Scheduling Order on March 25, 2025. [DKT 28]. We make this request so that the parties can explore possible settlement. We would like to save the parties both time and costs for deposing the witnesses. We request that all deadlines are extended sixty (60) days as proposed in the attached Second Amended Civil Scheduling Order.

Thank you for your time and consideration of this matter.

Respectfully Submitted,

*/s/ Shan Massand*
Shan P. Massand
McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
(212) 548-2172
smassand@mcguirewoods.com

*Counsel for Defendant Bank of America, N.A.*


*/s/ Craig C. Marchiando*
Craig C. Marchiando
**Consumer Litigation Associates, P.C.**
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
craig@clalegal.com
*Counsel for Plaintiff Abdukodir Nurmakhamatov*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABDUKODIR NURMAKHAMATOV,

                                    Plaintiff,          **24-cv-06706 (JGK)**

-against-                                      **SECOND AMENDED CIVIL SCHEDULING ORDER**

CHEX SYSTEMS INC. and EARLY
WARNING SERVICES LLC

                                  Defendants.

---

**JOHN G. KEOLTL, District Judge:**

    Pursuant to Fed. R. Civ. P. 16(b), after holding a conference in this matter on **N/A**, the Court hereby orders that:

    **Pleadings and Parties:** Except for good cause shown:
    1. No additional parties may be joined or cause of action asserted after **N/A**.
    2. No additional defenses may be asserted after **N/A**.

    **Discovery**: Except for good cause shown, all discovery shall be commenced in time to be completed by **July 15, 2025**. The Court expects discovery to be completed within 60 days of the first scheduling conference unless, after the expiration of that 60 day period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery.

    The expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be made by Plaintiff at least 30 days before the completion of discovery and shall be made by Defendants at least 15 days before the completion of discovery.

    **Dispositive Motions:**[1] Dispositive motions, if any, are to be completed by **August 19, 2025**. The parties are advised to comply with the Court's Individual Practice 2(B) regarding

---

[1] **Note:** In the event a **dispositive motion** is made, the dates for submitting the **Joint Pretrial Order** (together with Memoranda of Law, Requests to Charge, Proposed Voir Dire, Proposed Findings of Fact and Conclusions of Law as appropriate) shall be changed from the above **three (3) weeks** from the decision on the motion. The ready trial date shall be adjourned to a date **four (4) weeks** after the decision on the dipositive motion. The final pretrial conference, if any, will be scheduled by the Deputy Clerk.

    At any time, **after the ready for trial date**, counsel must notify the Court that their adversaries in writing of any potential scheduling conflicts, including, but not limited to, trials and vacations, that would

motions, and to submit one fully briefed set of courtesy copies to the Court. All discovery shall be stayed pending a decision on dispositive motion.

**Pretrial Order/Motions in Limine:*** A joint pretrial order, together with any motions in limine or motions to bifurcate, shall be submitted by **3 weeks from the decision on dispositive motion (if any)**. In jury cases, parties shall submit requests to charge and voir dire requests. In non-jury cases, the parties shall also submit proposed findings of fact and conclusions of law.
*
The pretrial order shall conform to the Court's Form Joint Pretrial Order, a copy of which may be obtained from the Deputy Clerk.

**Trial:*** The parties shall be ready for trial on **48** hours notice on or after **four (4) weeks after the decision on the dipositive motion (if any)**. The estimated trial time is **2-3** days, and this a jury **X** /non-jury __X__ trial.

**Other:**

_____  The case is referred to the Magistrate Judge for purposes of settlement (See attached Reference Order).

**X**  The parties will notify the Court by **July 15, 2025** whether a reference to the Magistrate Judge would be useful for purposes of settlement and whether they consent to trial before the Magistrate Judge. The parties may communicate with the Court with respect to these matters by joint letter. If the parties consent to trial before the Magistrate Judge, they are directed to do so by stipulation.

**SO ORDERED.**
**Dated: New York, New York**

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Counsel for the Parties:

---

prevent a trial at a particular time. Such notice must come **before** counsel are notified by the Court of an **actual trial date, not after.** Counsel should notify the Court and all other counsel in writing, at the earliest possible time of any particular scheduling problems involving out-of-town witnesses or other exigencies.

Abel L. Pierre, Esq.
*Counsel for Plaintiff Abdukodir Nurmakhamatov*

Shan P. Massand, Esq.
*Counsel for Defendant Chex Systems Inc.*