## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

ABDUKODIR NURMAKHAMATOV,

      Plaintiff,

    v.                                                   **Case No. 1:25-CV-06025-JGK**

BANK OF AMERICA, N.A.,

      Defendant.

---

### [~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR CONSOLIDATION OF RELATED ACTIONS AND AMENDMENT OF CASE CAPTION

AND NOW, upon consideration of the Joint Motion for Consolidation of Related Actions and Amendment of Case Caption (the "Motion"), it is hereby ORDERED as follows:

1.    The Motion is **GRANTED.**

2.    *Abdukodir Nurmakhamatov v. Chex Systems Inc., et al.*, Case No. 1:24-cv-06706-JGK (the "Original Case") shall be consolidated into this matter (the "Consolidated Action"), and all pleadings going forward shall be filed in the Consolidated Action under Case No. 1:25-CV-06025-JGK.

3.    The caption for the Consolidated Matter shall be updated to include Chex Systems Inc. as a defendant.

4.    All papers previously filed and served to date in either of the cases consolidated herein are deemed to be and are hereby adopted as part of the record in the Consolidated Action.

5.    Plaintiff shall file a Consolidated Amended Complaint within fifteen (15) days of entry of this Order.

6.      Defendants shall respond to the operative Consolidated Amended Complaint within fifteen (15) days of its filing.

7.      The Parties shall hold a conference and submit a proposed scheduling order as required by Fed. R. Civ. P. 16(b).

8.      The Clerk of the Court is hereby directed to administratively close *Abdukodir Nurmakhamatov v. Chex Systems Inc., et al.*, Case No. 1:24-cv-06706-JGK and take all necessary steps to effectuate any and all provisions of this Order and amend the case caption.

**IT IS SO ORDERED,**

this <u>11th</u> day of August, 2025

/s/ John G. Koeltl
_____
The Honorable John G. Koeltl